■ Frank Panuccio, Respondent, v Steven Adase, Appellant, et al., Defendants. — Upon an appeal to this court by permission, order of the Appellate Term of the Supreme Court for the Second and Eleventh Judicial Districts, dated December 3, 1980, affirmed, with $50 costs and disbursements (see *Gager v White,* 53 NY2d 475; *Kalman v Neuman,* 80 AD2d 116). Hopkins, J.P., Titone, Rabin and Weinstein, JJ., concur.